# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2499 Disciplinary Docket No. 3 |
| | : | |
| LOUIS ALFRED PICCONE | : | Board File No. C1-18-177 |
| | : | |
| | : | (United States Patent and Trademark |
| | : | Office, Proceeding No. D2015-06) |
| | : | |
| | : | Attorney Reg. No. 55347 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2018, upon consideration of the responses to a Notice and Order directing Louis Alfred Piccone to provide reasons against the imposition of a three-year suspension reciprocal to that imposed by the United States Patent and Trademark Office, Louis Alfred Piccone is suspended from the practice of law in this Commonwealth for three years, and he shall comply with all the provisions of Pa.R.D.E. 217.

     Respondent's Request for Court-Ordered Subpoena is denied and his Request for Leave to File Sur-Reply is granted.